IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 13-cv-03415-LTB-KLM | FTR - Reporter Deck - Courtroom C204 |
| Date: February 5, 2014 | Courtroom Deputy:  Laura Galera |

*Parties:*                                                                       *Counsel:*

SUNCOR ENERGY (U.S.A.) INC.,                         Hugh Gottschalk
                                                                                  Kendra Beckwith
     Petitioner,

 v.

CHRISTOPHER J. RODENFELS,                         William Merrill
                                                                                  Thomas Foley, Jr.
     Defendant,

v.

JEFFREY SCHULEIN,                                            Thomas Foley, Jr.
LINDA SCHULEIN,
ROBERT H. BARR,
JANE S. BARR,
CHRISTINE COX,
CLAY A COX,
MATTHEW S. GOLDSMITH,
KATHERINE M. GOLDSMITH,
TIMOTHY MCDONALD,
WILLIAM J. MCDONALD,
JUDITH A. MCDONALD, and
WILLIAM H. WIESELER,

     Respondents.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**

**Court in session:   1:32 p.m.**

Court calls case.  Appearances of counsel.

This matter is before the Court regarding Non-Party Suncor Energy (U.S.A.) Inc.'s Motion to Quash, or in the Alternative, Modify, Subpoena Duces Tecum #[2].

Argument by Mr. Merrill, Mr. Foley and Mr. Gottschalk.

For the reasons stated on the record, it is

**ORDERED:**   The Motion is GRANTED IN PART. The Subpoena Duces Tecum is modified as follows: On or before **February 18, 2014,** Suncor shall produce the purchase and sale agreement from the Noble/Suncor transaction; the bid package; the PDC bid relating to the bid package; a copy of the preferential rights agreement between PDC and Suncor; the purchase and sale agreement related to the preferential rights agreement between PDC and Suncor (if there is one); and any reserve report regarding the Noble/Suncor transaction.

If additional documents are sought pursuant to the subpoena duces tecum after the above documents have been produced, counsel for Defendants shall file a motion to compel.

HEARING CONCLUDED.
**Court in recess**:     **2:34 p.m.**
Total time in court:   01:02

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.